UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

JS-6

| | |
|---|---|
| Case No. 2:23-cv-04235-HDV-PVC | Date 10/04/23 |
| Title *Wendy Morales v. Costco Wholesale Corporation et al* | |

Present: The Honorable  Hernán D. Vera, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **ORDER DISMISSING CASE**

The Court, having been notified by a Notice of Settlement [25] that the case settled hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for 150 days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

**IT IS SO ORDERED.**